AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ABBOTT LABORATORIES, ABBOTT DIABETES CARE INC., and ABBOTT DIABETES CARE SALES CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> ADELPHIA SUPPLIES USA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

              (See attached appendix)

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
              Geoffrey Potter, Esq.
              Patterson Belknap Webb & Tyler LLP
              1133 Avenue of the Americas
              New York, NY 10036

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____                         _____
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                       *Server's signature*

                                       _____
                                       *Printed name and title*

                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc:

## APPENDIX:

## NAMES AND ADDRESSES OF DEFENDANTS

**Adelphia Supply USA**
4111 Fort Hamilton Parkway
Brooklyn, NY 11219

**Yudah Neuman**
**a/k/a Lenny Neuman**
727 East 3rd Street, Unit 1
Brooklyn, NY 11218

**Reuven Sobel**
**a/k/a Chaim Sobel**
1251 47th Street, Apt. 1
Brooklyn, NY 11219

**Moses Neuman**
1181 44th Street
Brooklyn, NY 11219

**Shmuel Lezell**
1365 Carroll Street, Apt. 1C
Brooklyn, NY 11213

**Save Rite Medical.com LLC**
694 Myrtle Avenue, Suite 145
Brooklyn, NY 11205

**Marc Kaplan**
168 10th Street
Brooklyn, NY 11215

**Matrix Distributors, Inc.**
110 Tices Lane, Building A, Unit 5B
East Brunswick, NJ 08816

**Christopher Benevent**
430 East 65th Street, Apt. 3L
New York, NY 10065

**Seth Grumet**
1 Kings Court
Marlboro, NJ 07746

**H&H Wholesale Services, Inc.**
1099 Rochester Road
Troy, MI 48083

**Howard Goldman**
2590 Kent Ridge Court
Bloomfield Hills, MI 48301

**Lori Goldman**
2590 Kent Ridge Court
Bloomfield Hills, MI 48301

**Papoutsanis USA, LLC**
**d/b/a VIP International – Drogaris**
15155 Michelangelo Boulevard #305
Delray Beach, FL 33446

1796 Clove Road
Staten Island, NY 10304

**George Drogaris**
15155 Michelangelo Boulevard #305
Delray Beach, FL 33446

**OSD Capital, Inc.**
**f/k/a Farnes Enterprises Corporation**
9883 South 500 West
Sandy, UT 84041

**Overstockdrugstore.com LLC**
**d/b/a SimpleMed Supply**
14832 S. Concorde Park Drive
Riverton, UT 84065

**Rick Evenson**
1739 East Horizon Point Circle
Draper, UT 84020

**Kevin Plumb**
3 East Falconwood Lane
Sandy, UT 84092

**Budget Health Corporation
d/b/a Budget Drugs Pharmacy**
2500 East Hallandale Beach Boulevard,
Suite P
Hallandale Beach, FL 33009

**John Fandetti**
2301 Bellevue Court
Hoover, AL 35226

**Robert Newmyer**
740 SW 4th Street
Hallandale Beach, FL 33009

**Maria Fandetti**
2301 Bellevue Court
Hoover, Alabama 35226

**Lori Blue**
1135 Scarlet Oak Street
Hollywood, FL 33019

**Anthony Meola**
7641 NW 13th Court
Plantation, FL 33322

**Mark D. Henkin**
2454 Andros Lane
Fort Lauderdale, FL 33312

**Dream Cereal Inc. d/b/a
Diabetessupplies4less.com**
562 East Woolbright Road, Suite 202
Boynton Beach, FL 33435

**Douglas Hauck**
125 Marlin Drive
Boynton Beach, FL 33435

**Berkeley Drugs Inc.**
1951 Flatbush Avenue
Brooklyn, NY 11234

**Majid Hameed**
84 Old Brook Road
Dix Hills, NY 11746

**Eugene Ha**
20 Merrivale Road
Great Neck, NY 11020

**Careway Pharmacy Inc.**
1174 Flatbush Avenue
Brooklyn, NY 11226

**Anatoliy Fain**
13523 82nd Avenue, Unit PH2
Jamaica, NY 11435

**Harrico-Galler Drug Corporation**
1409 Coney Island Avenue
Brooklyn, NY 11230

**John Gallagher**
460 Beach 134th Street
Rockaway Park, NY 11694

**Haber J&N Inc. d/b/a The Modern
Chemist**
1630 Coney Island Avenue
Brooklyn, NY 11230

**Naomi Haber**
3067 Bedford Avenue
Brooklyn, NY 11210

**Jerry Haber**
3067 Bedford Avenue
Brooklyn, NY 11210

**Norstrand Pharmacy, LLC
d/b/a Vanderveer Pharmacy**
201 Bennington Terrace
Paramus, New Jersey 07652

1887 Nostrand Avenue
Brooklyn, NY 11226

**Sarathchandra Adusumalli**
3023 Edward Stec Boulevard
Edison, New Jersey 08837

2

**Hemagiri Gayam**
201 Bennington Terrace
Paramus, New Jersey 07652

**Lev RX Corp. d/b/a Kira's Pharmacy**
88 Kings Highway
Brooklyn, NY 11214

**Kira Levkouskaya**
3535 Emmons Avenue, Apartment 611
Brooklyn, NY 11235

**Eliyahus Pharmacy, Inc.**
573 Kings Highway
Brooklyn, NY 11223

**Ilias Mlabasati**
2120 Ocean Parkway
Brooklyn, NY 11223

**Global Care Pharmacy, Inc.**
5905 8th Avenue
Brooklyn, NY 11220

**D.K.Y. Enterprises, Inc.**
**d/b/a 8th Avenue Pharmacy**
5504 8th Avenue
Brooklyn, NY 11220

**Kim Ping Jim**
4825 190th Street
Fresh Meadows, NY 11365

**TGIS Pharmacy, Inc.**
**d/b/a Sunrise Family Pharmacy**
6324 4th Avenue
Brooklyn, NY 11220

**Sajid Javed**
6981 180th Street
Fresh Meadows, NY 11365

**Bay Pharmacy Inc.**
2240 86th Street
Brooklyn, NY 11214

**Irene Piker**
4924 Ocean Avenue
Brooklyn, NY 11235

**B & T Marlboro Pharmacy, Inc.**
2845 86th Street
Brooklyn, NY 11223

**Anatoly Gorokhovsky**
35 Seacoast Terrace, Apartment 16D,
Brooklyn, New York 11235

**Larke Drugs, Inc.**
**d/b/a 110 Pharmacy & Surgical**
459 Walt Whitman Road
Melville, NY 11747

**Prasad Venigalla**
5 Evergreen Way
Glen Head, NY 11545

**La Ruche Pharmacy, Inc.**
494 Rockaway Parkway
Brooklyn, NY 11212

847 Annandale Road
Staten Island, NY 10312

**Sunil B. Patel**
14 Anthony Avenue
Edison, NJ 08820

**Estates Pharmacy, Inc.**
169-01 Hillside Avenue
Jamaica, NY 11432

**Mohammed Nuruddin**
8220 210th Street
Queens Village, NY 11432

**John Does 1-10**

3