UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ABBOTT LABORATORIES, ABBOTT          :
DIABETES CARE INC., and ABBOTT       :
DIABETES CARE SALES CORPORATION,     :     15 Civ. 5826
                                     :
            Plaintiffs,              :     **NOTICE OF VOLUNTARY DISMISSAL**
                                     :     **PURSUANT TO F.R.C.P.**
    -against-                        :     **41(a)(1)(A)(i)**
                                     :
                                     :
ADELPHIA SUPPLY USA, et al.,         :
                                     :
            Defendants.              :
                                     :
-------------------------------------------------------------- x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Abbott Laboratories, Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against defendant Robert Newmeyer.

Date: November 3, 2015

                                        _____
                                        Geoffrey Potter
                                        Patterson Belknap Webb & Tyler LLP
                                        1133 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 336-2000
                                        Attorneys for Plaintiffs

8257689v.1