

The Chrysler Building :: 405 Lexington Ave., 26th Floor | New York, New York 10174
Downtown :: 401 Broadway, Suite 1900 | New York, New York 10013
phone 212.899.3400   fax 212.899.3401   web www.kennedyberg.com

asmith@kennedyberg.com
Direct Dial: (212) 899-3425

January 25, 2017

**Via ECF**
Hon. Lois Bloom
United States District Court
For the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:   *Abbott Laboratories, et al. v. Adelphia Supply USA, et al.,* 15-cv-05826

Dear Judge Bloom:

We are counsel for GlobalMed Limited ("GlobalMed") and Paul Michael Capper in the above-captioned action.

By this letter, GlobalMed notifies the Court that it has identified approximately 56 documents that it believes are responsive to the January 17, 2017 Order of this Court.

Respectfully submitted,
KENNEDY BERG LLP

By: _____
Andrew A Smith