GOODMAN & SAPERSTEIN

COUNSELLORS AT LAW

666 Old Country Road, Suite 200
Garden City, NY 11530
Phone 516.227.2100
Fax 516.227.2108
gsesq600@aol.com

Via ECF

July 19, 2018

STANLEY R. GOODMAN
MARTIN I. SAPERSTEIN

Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Abbott Laboratories, et al. v. Adelphia Supply USA, et al.**
> **Civil Action No. 1:15-cv-05826 (CBA)(LB)**

Dear Judge Amon:

Goodman & Saperstein represents several of the Wholesaler Defendants in this action.

I am writing to you for the purpose of obtaining a slight modification of Your Order dated April 3, 2018 setting a Briefing Schedule for the Motions for Summary Judgment.

Myself and many of the other counsel did not take into consideration that the date of September 12, 2018 set for the servicing of opposition papers presented a conflict. The Jewish High Holiday falls on Monday and Tuesday, September 10-11, 2018. With that in mind, it has the effect of shortening counsel's time by two days to finalize the opposition papers.

I have obtained the approval of Patterson Belknap Webb & Tyler, LLP, counsel for the Plaintiffs, to address this letter to you requesting an extension of the Wednesday, September 12, 2018 date to Friday, September 14, 2018. I have also notified all counsel of record of my intent to address this letter to Your Honor and I have not received any opposition to this application.

In closing, I do hope that on behalf of all counsel of record you would grant a modification of the Briefing Schedule Order resetting the date to serve opposition papers to and including Friday, September 14, 2018.

Thank you for considering this application.

Respectfully submitted,

Stanley R. Goodman

cc: All Counsel of Record via ECF

C:\ALL INFO\CLIENTS\ABBOTT\Corresp\Amon 7-19-18.docx