# SPRINGUT LAW PC

**VIA ECF**
July 24, 2018

Honorable Carole Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Abbott Laboratories v. Adelphia Supply USA, et al.*
      15 Civ. 5826-CBA-LB

   *Abbott Laboratories v. H&H Wholesale Services, Inc., et al.*
   17 Civ. 3095-CBA-LB

Dear Judge Amon:

We represent defendants H&H Wholesale Services Inc., Howard Goldman, and Lori Goldman (collectively "H&H"). We write to request a short adjustment on the briefing schedule on Abbott's motion for sanctions against H&H.[1]

On June 27, 2018, Abbott wrote to the Court seeking a one-week extension on the briefing of its sanctions motion. (Dkt. 122 in 17 Civ. 3095) The Court granted that application later that day. (See Order of 06/27/2018 in 17 Civ. 3095)

However, the schedule adopted by the Court has H&H's opposition papers due on September 19, 2018, the Jewish holiday of Yom Kippur. We accordingly request that the Court extend this due date by two days to September 21, 2018. We have consulted with Abbott's counsel, who consents to this application. (Abbott counsel has indicated that they will not need an extension on the reply papers, so the motion will be fully briefed on the same date.)

We also note that the Court granted a similar application with respect to the summary judgment motions briefing last week.

---

[1] We are filing this letter in both of the above actions. Abbott's sanctions motion, served on July 17, 2018, is captioned in 15 Civ. 5826, but its letter requesting an extension was filed in 17 Civ. 3095.

45 ROCKEFELLER PLAZA • 20TH FLOOR • NEW YORK, NY 10111
TEL 212.813.1600 • FAX 212.813.9600 • INFO@SPRINGUTLAW.COM

Honorable Carole Bagley Amon
July 24, 2018
Page 2

For these reasons, it is requested that the Court grant the within application to extend the due date on H&H's opposition to the sanctions motion to September 21, 2018.

Respectfully Submitted,

Tal S. Benschar

cc:   All counsel (via ECF)

442688.1