# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

April 18, 2019

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax: (212) 336-7906
gpotter@pbwt.com

**By CM/ECF (w/o enclosures)**
**Delivery By Hand (w/ enclosures)**

Re: Abbott Laboratories et al. v. Adelphia Supply USA et al.,
15 Civ. 5826 (CBA) (LB) (E.D.N.Y.); Abbott Laboratories et al. v.
Matthew Frank, 17 Civ. 6002 (CBA) (LB) (E.D.N.Y.)

Dear Judge Amon:

As you know, we represent Plaintiffs Abbott Laboratories, Abbott Diabetes Care Inc., and Abbott Diabetes Care Sales Corporation (collectively, "Abbott") in the above-referenced actions. In accordance with Your Honor's April 16, 2019 Minute Order, please find enclosed a CD containing an electronic copy of all exhibits submitted by Abbott in support of its motion for summary judgment and in opposition to defendants' summary judgment motions. Each exhibit has been saved as a separate document, labeled P001 through P609. To address the Court's expressed concern about duplicative submissions, and to ensure that a full, accurate copy of each party's exhibits are submitted, we sent an email to all counsel of record proposing that each party submit an electronic copy limited to their own exhibits.

Respectfully Submitted,

*/s/ Geoffrey Potter*

Geoffrey Potter

Enclosures

cc:   Judge Lois Bloom (via ECF, w/o enclosures)
      All counsel of record (via ECF, w/o enclosures)

11014234