RICHARD S. SCHURIN
STEVEN STERN
EVGENY KRASNOV
BENJAMIN LITTLE
PENINA GREEN
MEGAN ABNER



595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

May 2, 2019

**VIA ECF**

The Honorable Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Abbott Laboratories v. Adelphia Supply USA, et al.*
            **15-CV-5826 (CBA) (LB)**

Dear Judge Amon:

      This firm represents four (4) wholesaler defendants in the above referenced case, Adelphia, Med-Plus, Value Wholesale and Primed. All of these defendants are members of a larger group of wholesaler defendants that filed a summary judgment motion which is now before the Court. We write to request guidance from the Court concerning its text Order of 4/16/2019.

      Specifically, a question has arisen among counsels in our group as to whether the Court's Order requires that we furnish chambers with a CD or USB drive. The text of the Court's Order states that it applies to "[a]ny parties who have not filed electronic exhibits in connection with their motion papers…" Since the wholesaler defendant group did file the exhibits to their summary judgment motion via ECF (See Dkt. Nos. 1379 to 1384), we interpreted the Order as not applying to us. However, in an abundance of caution we ask that the Court please advise us whether the Court's Order requires that we also provide it with a CD or USB drive containing our exhibits, which we will be happy to provide.

                                            Respectfully submitted,
                                            **STERN & SCHURIN LLP**

                                            *Richard Schurin*

                                            Richard S. Schurin

All counsel of record via ECF