**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

March 21, 2023

Timothy A. Waters
Partner
twaters@pbwt.com

By CM/ECF

Judge Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Abbott Laboratories et al. v. Adelphia Supply USA et al.,
       15-cv-05826 (CBA) (LB) (E.D.N.Y.)

Dear Judge Amon:

  As you know, we represent Plaintiffs (collectively, "Abbott") in the above-captioned litigation. We write jointly on behalf of Abbott and the H&H Defendants concerning the proposed order of judgment previously submitted by Abbott, docket entry no. 1719-1.

  In the Court's March 14, 2023 Scheduling Order, Your Honor instructed the parties to meet and confer and file "a status report detailing any concerns with the proposed order." Abbott and the H&H Defendants have conferred, and there are no concerns or objections to report on behalf of any party. The Court may therefore enter the proposed order of judgment at its convenience.

              Respectfully submitted,

              */s/ Timothy A. Waters*

              Timothy A. Waters

cc: Counsel of record (via ECF)

14208846