UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
ABBOTT LABORATORIES, ABBOTT
DIABETES CARE INC., and ABBOTT
DIABETES CARE SALES CORPORATION,          15-cv-5826-CBA-LB

              Plaintiffs,           NOTICE OF APPEAL

-against-

ADELPHIA SUPPLY USA, *et al.*,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

      PLEASE TAKE NOTICE that defendants H&H Wholesale Services, Inc. and Howard Goldman hereby appeal to the United States Court of Appeals for the Second Circuit from the Order for Judgment entered in this action on March 24, 2023.

Dated: New York, New York
       March 28, 2023

                              PETER M. LEVINE (PML-7630)
                              Attorney for H&H Wholesale Services, Inc.
                              and Howard Goldman
                              444 Madison Avenue, Suite 410
                              New York, New York  10022
                              212-599-0009